IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANDREW C. LIVINGSTON, #2209959 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  4:20cv522 |
| | § | |
| TERRY GILBERT, ET AL. | § | |

## ORDER ADOPTING INITIAL REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson,[1] who issued an Initial Report and Recommendation (Dkt. #65), recommending Plaintiff's claims against Defendant Holly Oliveira be dismissed without prejudice under Federal Rules of Civil Procedure 4(m).

No objections having been timely filed, the court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is accordingly **ORDERED** that all claims against Defendant Holly Oliveira are **DISMISSED** without prejudice.

**SIGNED this the 30th day of June, 2023.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1] The case was subsequently referred to United States Magistrate Judge Aileen Goldman Durrett.